## FERNÁNDEZ v. EL REGISTRADOR DE LA PROPIEDAD.

### Recurso gubernativo contra nota del Registrador de la Propiedad de San Juan.

No. 5. Resuelto en Mayo 19, 1905.

TÍTULOS INSCRITOS.—Inscrito ó anotado preventivamente, en el Registro, cualquier título traslativo del dominio ó de la posesión de los inmuebles, ó de los derechos reales impuestos sobre los mismos, no podrá inscribirse, ni anotarse ningún otro de igual ó anterior fecha, por el cual se trasmita ó grave la propiedad del mismo inmueble ó derecho real.

ID.—INSCRIPCIÓN Á FAVOR DE PERSONA DISTINTA DE LA QUE OTORGUE LA TRASMISIÓN Ó EL GRAVÁMEN.—Si el dominio ó posesión de los inmuebles, ó derechos reales

impuestos sobre los mismos, apareciere inscrito á favor de persona distinta de la que otorgue la trasmisión ó gravámen de los mismos, en un título que se pretenda inscribir, los Registradores denegarán la inscripción solicitada bajo su responsabilidad.

## EXPOSICIÓN DEL CASO.

*Visto* el presente recurso gubernativo interpuesto á nombre de Don Clemente Fernández y Barreto contra negativa del Registrador de la Propiedad de esta Capital á inscribir una escritura de compra venta de una finca rústica.

*Resultando* que por escritura pública otorgada en el pueblo de la Carolina ante el Notario Don Mauricio Guerra Mondragón y Megías en nueve de Julio de 1899 Doña Cármen Aponte, viuda, mayor de edad y propietaria y vecina de Trujillo-alto, vendió á Don Clemente Fernández y Barreto, propietario y vecino de la Carolina, una estancia de ciento cuarenta y cuatro cuerdas superficiales de extensión, sita en el barrio de "Dos Bocas", de la jurisdicción de Trujillo Alto que tenía inscrita á su favor en el Registro de la Propiedad de esta Capital, y que presentada dicha escritura al Registro para su inscripción, en cuatro de Febrero último, le fué denegada por el Registrador por los motivos que expresa en la nota puesta al pié de dicha escritura y cuya nota, copiada á la letra, dice así:

"No admitida la inscripción del anterior documento, con arreglo á los artículos 17 y 20 de la Ley Hipotecaria por resultar del Registro que la mitad de ocho undécimas partes de la finca vendida aparecen inscritas á favor de Don José, Don Mateo, Don Ramón, Don Pedro, Don Matías, Don Julio, Doña Isabel y Doña Dolores Díaz y Aponte, una undécima parte de la misma finca á favor de cada uno de Don José Máximo y Doña Juana Díaz y Aponte, y la undécima parte restante, mencionado el derecho de posesión de la misma, á favor de Don Joaquín Díaz y Aponte, herederos todos de Da. Cármen Aponte, y la mitad de las ocho undécimas partes primeramente citadas á favor de Don Frank Antonsanti por venta que le hicieron los ocho Señores Díaz y Aponte que al principio de esta nota se relacionan, personas distintas todas, de la vendedora Doña Cármen Aponte, y se

ha extendido anotación preventiva al fólio 103 vuelto del tomo 39 de Trujillo alto, finca 146, anotación letra A., que tendrá efecto legal durante 120 días de la fecha.—San Juan Bautista de Puerto Rico, Febrero veinte y cuatro de mil novecientos cinco.—El Registrador, José Benedicto.''

*Resultando* que notificada dicha nota al presentante del documento no estuvo conforme con la calificación del Registrador por lo que pidió se elevara el documento á este Tribunal Supremo para la resolución correspondiente, lo que verificó el Registrador con atento oficio de remisión.

EL JUEZ PRESIDENTE SR. QUIÑONES, después de exponer los hechos anteriores, emitió la opinión del Tribunal.

*Considerando* que con arreglo á los artículos 17 y 20 de la Ley Hipotecaria, que cita el Registrador en su nota, ''inscrito ó anotado preventivamente en el Registro cualquier título traslativo del dominio ó de la posesión de los inmuebles, ó de los derechos reales impuestos sobre los mismos, no podrá inscribirse ni anotarse ningún otro de igual ó anterior fecha por el cual se trasmita ó grave la propiedad del mismo inmueble ó derecho real'', y que en el caso de resultar inscrito aquel derecho á favor de persona distinta de la que otorgue la trasmisión ó gravámen, los Registradores denegarán la inscripción solicitada, bajo su responsabilidad, por lo que la negativa del Registrador á inscribir la escritura de que se trata se ajusta extrictamente á dichos preceptos legales.

Se confirma la nota denegatoria puesta por el Registrador de la Propiedad de esta Capital al pié del documento á que se refiere el presente recurso gubernativo y devuélvasele dicho documento con copia certificada de la presente resolución para su conocimiento y demás efectos que procedan con arreglo á derecho.

Jueces concurretnes: Sres. Hernández, Figueras, Mac Leary y Wolf.